# Third District Court of Appeal

## State of Florida

Opinion filed June 16, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-614
Lower Tribunal No. F10-27158C
_____

**Gerson Juarez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Gerson Juarez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.